UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHONDELL GREGORY CROCKER,

Plaintiff,

-against-

JUDGE ANNETTE SCOCA,

Defendant.

26-CV-8275 (KMW)

CIVIL JUDGMENT

KIMBA M. WOOD, United States District Judge:

For the reasons stated in the September 28, 2026 Order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 30, 2026
New York, New York

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge